*Albert Ottinger, Attorney-General* (*C. T. Dawes* and *Edward G. Griffin* of counsel), for appellant.

*William C. Cannon, Theodore Kiendl* and *Havens Grant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., MCLAUGHLIN, CRANE and LEHMAN, JJ. Dissenting: CARDOZO and POUND, JJ. Not sitting: ANDREWS, J. _____

LEONIE C. HALSTEAD, as Executrix of SAMUEL H. HAL-STEAD, Deceased, Appellant, *v.* WESTCHESTER ELECTRIC RAILROAD COMPANY, Respondent.

*Negligence — railroads — intoxicated pedestrian struck by car while crossing street — failure to prove wanton negligence on part of motorman.*

*Halstead* v. *Westchester Electric R. R. Co.*, 213 App. Div. 832, affirmed.

(Argued October 13, 1925; decided October 27, 1925.)

APPEAL from a judgment, entered April 28, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The action was to recover for the death of plaintiff's testator alleged to have been occasioned through the reckless, willful and wanton negligence of one of defendant's motormen. It was alleged that while decedent was staggering across the street, which was covered with ice and slippery, in an obviously helpless intoxicated condition, walking unsteadily and in a zigzag manner, and manifestly unaware of an approaching trolley car, and plainly oblivious to the danger, the motorman, who during all of the time was looking at the place where decedent was walking, permitted the car to approach and strike decedent in the back, and to knock him down and drag him for a distance of forty-seven feet, without making any effort to avoid the accident by stopping or retarding the speed of the car, until just before the collision.

*Sydney A. Syme* and *John J. Crennan* for appellant.

*Alfred T. Davison, Archibald C. Mayo* and *Addison B. Scoville* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOHN DOBSON, Appellant, *v.* BAY RIDGE OPERATING COMPANY, INC., Respondent.

*Appeal — failure to file undertaking — motion to dismiss granted.*

*Dobson* v. *Bay Ridge Operating Co.*, 210 App. Div. 693, appeal dismissed.

(Submitted October 19, 1925; decided October 27, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1924, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.

The motion was made upon the ground of failure to file the required undertaking.

*Harry H. Brown* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, *v.* FREDERICK LALJER, Appellant.

*Bastardy — order of filiation affirmed.*

*Comr. of Public Welfare* v. *Laljer*, 214 App. Div. 733, affirmed.

(Argued October 14, 1925; decided October 30, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 22, 1925, which affirmed an order of the Court of Special Sessions of the city of New York adjudging the defendant to be the father of a bastard child and directing him to give security for the payment to the plaintiff of a sum for its support.